No hair argument in U.S. v. Pelullo Lawrence S. Lustberg Good morning, may it please the court My name is Lawrence S. Lustberg On behalf of the compellant and cross appellate Leonard Pelullo I'd respectfully ask for two minutes for rebuttal Granted Thank you Your honors, this is a case that is, or this aspect of this case is at once both unique and sort of fundamental It's unique because the facts that we have here are probably unprecedented and I don't mean the entire course of this case I heard your honor, Judge Barry talking about how the work of this court is so relentless and I think some of the great deal of that work has been the relentlessness of this very matter It is nice to see you again on this appeal of Mr. Pelullo's matter Thank you, I feel the same way I'm not sure that that's true after the last result We were unable to find, and the government was unable to find any other case that presented precisely this issue and that issue is a situation in which a defendant is granted a new trial The grant of the new trial is reversed Prior to the reversal of the new trial Booker comes down, and so the question is, what happens? That is unique What is the seminal date, or are there two? Is it the filing of the new trial motion before Cert was denied in January 2000 together with the grant of a new trial in May 2002 or was the filing of the new trial motion sufficient for purposes of making your Booker argument? For purposes of the Booker argument per se here's my position, so it's absolutely clear The key issue here is that Booker came down before this court's decision in February of 2005 That's the key, because the result of that was that Mr. Pelullo was before the court with no sentence in place and what Judge Debevoise had the choice of doing at that point was to simply reimpose the sentence that he had previously imposed or do a Booker analysis Now, to answer your other question though that goes to a related but unnecessary of resolution question which is, was the Rule 33 collateral? I don't think it was either way If Judge Debevoise had not granted a new trial do you believe you would have a basis for seeking relief under Booker? Absolutely not Simply because of the filing? Absolutely not, because it's absolutely clear that if Mr. Pelullo had gone all the way through Cert and then filed a collateral attack based on Booker there's no basis for collateral relief under Booker So there was a final judge I think you begrudgingly concede in your papers that there was a final The conviction was final in January of 2000 But, the new trial Then it became un-final No, that's not correct Your Honor Alright This is honestly, I really believe this is not important and respectfully But, I'll answer your question anyway because I'm a good guy In November of 1999 prior to the Supreme Court's denial of Cert in Mr. Pelullo's case he filed his new trial motion That means that the new trial motion was pending and his conviction did not become final in January of 2000 However, I don't think it matters And here's why I don't think it matters It doesn't matter because What the Supreme Court did doesn't matter? Of course it matters in some big sense But it doesn't matter to this court's analysis today And that's because when Mr. Pelullo came before the court for a re-sentencing in May of 2005 the court, Judge Debevoise, had a choice That choice was to act as if what he should do is the mere ministerial act of reinstituting a pre-existing sentence or whether he should do a Booker analysis and do what was then known to be a constitutional sentence Put another way, a more extreme way perhaps should he have just re-imposed a sentence that he knew and everybody knew was then unconstitutional No, we didn't No, no, no We told him to reinstate the sentence You said a bunch of things We said a bunch of things You said a bunch of things You said that and you also said take a look at Booker Presumably, when you said take a look at Booker You mean J.A. 28? The letter that was sent to every defendant every case pending in the Third Circuit Not only J.A. 28 I'll get the exact site J.A. 35 which said that this case is on collateral It didn't say it That's what it said Cases such as this on collateral And then goes on to say We express no opinion as to the applicability or retroactivity of Booker That's right So, respectfully, I don't think that the court with no briefing in front of it was deciding whether this case at that time was on collateral review I agree with you I wouldn't go that far and say that myself So, in any event This is the point, though And I'm sorry, Judge Shigarashi No, no, it's okay The whole idea of collateral review and deciding whether something is on direct review or on collateral review is a balance between finality on the one hand and fairness on the other That's what the Supreme Court does whenever it decides whether something the issue of whether collateral review is going to be allowed or not And here, what happens is we have a defendant before the court in May of 2005 And the court And everybody knows And nobody contests that the sentence that had been imposed that the court that Judge Debevoise determined to reimpose was unconstitutional In the sense that that the guidelines were now deemed to be advisory Absolutely And, you know, it's a reasonable point because if we had had our way and Judge Debevoise would have done an appropriate Booker analysis it may very well be that he would have imposed precisely the same sentence Or he was actually teasing, or not teasing I don't think he found much to tease about after years of this But that he could impose a higher sentence Judge Debevoise has said a number of different things in this case that would indicate to either side that he might impose a higher sentence that he might impose a lower sentence It's very hard to know what he would do And respectfully all I want is the chance to find out Okay, but now would you have an argument had Judge Debevoise said when he reinstated the sentence finding that Booker did not apply even if Booker does apply and even if this case does apply because this case is not on collateral review and even if the guidelines are advisory not mandatory I would impose the same sentence that I reinstate today Would you have any argument to make? I think we would be having an interesting discussion about whether the failure to perform the Booker analysis that this Court has prescribed could ever be harmless That's the discussion we would be having We're not having that discussion because we really don't know what Judge Debevoise would have done and frankly I'm optimistic that he would given the way sentences have evolved in the federal system since that time where people who have stolen billions of dollars as opposed to the couple million of political Except that you don't want to go into the facts of this case But Judge Debevoise was particularly offended about the rape of the pension fund and the people who lost their life savings That's a little different Absolutely Garden variety fraud No question And I think that there would be an interesting discussion an appropriate discussion a just discussion a constitutional discussion in which we would balance the nature and circumstances of the offense and the history and characteristics of the defendant and perform that 3553A6 analysis to look at other cases and have a sentence that unmistakably comported with the Constitution That's all we've ever wanted And here's why I think this case is in some ways so fundamental Because at the end of the day regardless of whether you find that Rule 33 is more like collateral review or more like direct review and whether it matters that the motion was filed prior that Rule 33 motion was now indisputably filed prior to the Supreme Court denial of cert Regardless of all that the question is fundamental in this sense It has always been the obligations of courts when they are confronted with people who are legitimately in front of them not someone raising a new collateral attack not someone bringing a new case but people who are legitimately in front of them pursuant to an ongoing matter to apply the law as it is written at that time And when Judge Debevoise had Leonard Pellullo even Leonard Pellullo the hated Leonard Pellullo even him When Leonard Pellullo stood before the court in May 2005 he had a right to have the court apply the law in effect at that time He was not bringing a new collateral attack I mean he was that was a separate matter but he was not there at that time on a new collateral matter He was there on an ongoing matter that had been delayed many years I mean through no fault of his because a district judge had granted a new trial it had taken a while to get it through the court all those things But he was there and he had the right like anybody else of being sentenced in May of 2005 to have the law applied as of that time and that law was Booker and to deny him the fundamental constitutional rights that are engendered in Booker is even for Leonard Pellullo simply wrong and respectfully it does cast as the Second Circuit said in the Williams case which we cited in our papers it does cast the judicial system into somewhat of a negative light to draw distinctions between people who are before the court because the next person who comes into Judge Debevoise's courtroom on May 2005 for a sentencing is a person who is going to be sentenced under Booker Well except that this particular case you make it very clear in your paper is a once in a lifetime case given the Hopefully Judge given the procedural well whatever horror or distinctions here Now do you want to move to the forfeiture now or do you want to work I had a question about that actually What about there was a question about your ability to re-litigate this I think your original argument was well the government didn't bring it up the government came back with we did and I think they showed some places in their brief What's your position now Okay Well you know what it's a vast record in this case and both parties as it turned out made mistakes The government made a mistake because they thought that we had not in fact filed our new trial motion in November they thought it wasn't until March and we made a mistake because we originally said that in 2001 when the 2255 was originally filed that they had not raised the fact that Mr. Palullo had already litigated the forfeiture issue on direct appeal That was wrong For what it's worth if I can explain why we did that it was because the whole case got re-briefed in 2005 when it came back and at that time the government didn't raise that point so I didn't look far enough back There's a lot of papers in this case Nobody's casting a weight I know You have no idea I'll tell you another mistake that was made This court made a mistake not us for goodness' sake but many years ago there was a case that was handled and in the course of my research I came across it with reference to whether when a case has been finally determined on direct appeal it can be reopened by a district judge A case called U.S. v. Orello decided in 1981 in the 3rd Circuit and the 3rd Circuit got it wrong because they miscited a case that stood for a proposition that the district judge has discretion and the people and the government prayed for me as Chief of Staff and Justice Samuel A. O'Leary So we either misled the 3rd Circuit into a bonehead decision or the 3rd Circuit made it all by itself But neither of you cited the case so I give you great credit for that Now I've used up a minute of your time I'll give you more time now So what is your position? So Okay Here's I actually looked at the law on this very subject last night and because you know The rule, right? This is when That is not the rule The rule D-Rule D-E-R-E-W-A-L Yes, the rule That was also a little legal The rule says that but if you look at the case the rule does not comment on a couple of cases including let me get them so I can cite them to the court carefully The government relies not only on the rule but on another case that I'll get to in a minute and those in that case relies on a third circuit case called I think it's pronounced ORA DUELA That's the one I was just talking about Okay, well that case is cited I didn't see it I looked at the table of citations in both briefs last night until I was blue and I couldn't find it I probably would have cited it if I had had a sur rebuttal because that's where it would have come up but respectfully there was just enough paper already Okay, so that case stands for the proposition  on a case called Konigsberg which both stand for the proposition that district courts have discretion to essentially allow for the relitigation of issues Okay, so the rule for sure doesn't say that but the rule also doesn't expressly overrule those cases Let me just tell you that case relied on Konigsberg and relied on Kaufman and miscited both of those cases indeed in Konigsberg the issue that was for the district court had never been decided adversely on appeal so I'd move away from that Well, I was just responding to Judge Shigaris' opinion on that I mean, look at the end of the day our position with respect to the forfeiture issue is that it wasn't a clerical error that Judge Debevoise didn't view it as a clerical error himself and that that finding is finding Well, of course we could send it back to Judge Debevoise if we did not accept your argument on the first point we could say that Brennan was decided five weeks before you ruled but you didn't consider it in your opinion and we could send it back for him to determine the effect of Brennan but of course one can say from the other side and I'm sure he had a chance to and he didn't do so so he couldn't be given a chance now If the court were to do that it would be an interesting situation because in order to do that the court would then be vacating the sentence and I would be arguing to Judge Debevoise that Mr. Pululo was back there for resentencing exactly as he was in 2005 and that the court should impose a just sentence in accordance with the law today which of course would be Booker by the way along those lines he could also impose now forfeiture and he could if you get a resentencing he can give you the whole three million forfeiture and I suspect that he would because that's what the jury found and that's a reasonable point that the forfeiture issue of course does not have to be reached in any regard if the court finds that there needs to be an appropriate resentencing we suspect and both sides concede that that would be the case. Thank you. May it please the court. I'm Assistant United States Sabrina Camazoli and I represent the government of the United States. I would like to begin by stating what Pelulo's sentence was not. It was never illegal. This court affirmed his sentence on direct appeal. He never challenged his sentence in the rule 33 and Judge Debevoise vacated his sentence after granting him a new trial. When this circuit reversed the grant of a new trial it sent it back to Judge Debevoise to reinstate the sentence which had the mandate to reinstate the judgment and that one paragraph order somehow in conflict with one another but they're actually not. And Judge Debevoise considered both when he decided on